# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

T.B.,

        Appellee

      v.

A.A-C., IV,

        Appellant

: No. 30 WAP 2025
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW,** this 16th day of December, 2025, the Notice of Appeal is QUASHED. *See* 42 Pa.C.S. § 722 (delineating the orders from the courts of common pleas that may be appealed directly to this Court); Pa.R.A.P. 341(b) (defining final orders).